# RETURN

Case No.: **21-03130MB**

☒ FILED ☐ LODGED
**Mar 18 2022**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| July 15, 2021 | July 16, 2021 | Disclosed |

**INVENTORY MADE IN THE PRESENCE OF**
HSI Computer Forensic Analyst James Tillisch

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

- Call Logs
- Messaging Logs
- Contacts
- Photos
- Videos
- Audio Messages
- Social Media Data including WhatsApp, Facebook, Instagram, Signal, etc
- GPS/Location Data
- Subscriber Data/Indicia of Ownership
- Metadata

# NOT EXECUTED

☐ This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

# CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: March 18, 2022

_____
Executing Officer's Signature

_____
Printed Name and Title